IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| vs. | * CASE NO. 99-00118-003(PG) |
| **JUAN JIMENEZ-DE LA ROSA** | * |

**MOTION NOTIFYING VIOLATION OF CONDITIONS OF RELEASE AND REQUESTING THE ISSUANCE OF A WRIT OF HABEAS CORPUS AND AN ORDER TO SHOW CAUSE HEARING**

**TO THE HONORABLE JUAN M. PEREZ-GIMENEZ**
**SENIOR U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

   **COMES NOW, Martín De Santiago, SENIOR U.S. PROBATION OFFICER** of this Court, presenting an official report on the conduct and attitude of releasee, Juan Jiménez-De La Rosa, who on August 11, 2000, was sentenced to eighty-seven (87) months of imprisonment, to be followed by eight (8) years of supervised release after having pleaded guilty of violating Title 21, United States Code, § 963 and Title 18, United States Code, § 2, to wit: Aiding and abetting in the attempt to import controlled substances into the United States. As special conditions, he was ordered to remain outside the United States, and all places subject to its jurisdiction if deported or granted voluntary surrender, unless written permission to reenter was obtained from pertinent legal authorities, as well not unlawfully possessing controlled substances, firearms, destructive devices, or other dangerous weapons.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since his release from custody, the offender has violated the following conditions:

1. **SPECIAL CONDITION NO. 2 - "IF DEPORTED OR GRANTED VOLUNTARY DEPARTURE, THE DEFENDANT SHALL REMAIN OUTSIDE THE UNITED STATES, AND ALL PLACES SUBJECT TO ITS JURISDICTION UNLESS PRIOR WRITTEN PERMISSION TO REENTER IS OBTAINED FROM THE PERTINENT LEGAL AUTHORITIES AND THE DEFENDANT NOTIFIES IN WRITING THE PROBATION OFFICER OF THIS COURT TO THAT EFFECT."**

Mr. Jiménez-De La Rosa was removed from the United States by the United States Immigration and Naturalization Service on October 19, 2005. On June 23, 2006, Mr. Jimenez-De La Rosa, along with another individual, was found by Puerto Rico Police Officers onboard of a vessel within the vicinity of Punta Borinquen. Subsequently, the U.S. Border Patrol was contacted and the offender was thereafter arrested as it was determined that his entry to this jurisdiction was unauthorized. Since, he has been administratively detained at the Metropolitan Detention Center, Guaynabo, P.R.

**WHEREFORE,** I declare under a penalty of perjury that the foregoing is true and correct, and it is respectfully requested, that the Warden at the Metropolitan Detention Center in Guaynabo, P.R. be ordered to release the offender to the U.S. Marshal Service

so that he may be brought before this court for an Order to Show Cause Hearing.  Thereupon, he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 13th day of July 2006.

                                        Respectfully submitted,

                                        EUSTAQUIO BABILONIA, CHIEF
                                        U.S. PROBATION OFFICER

                                        <u>s/Martin De Santiago</u>
                                        Senior U.S. Probation Officer
                                        Federal Office Bldg., Rm. 400
                                        150 Chardon Avenue
                                        San Juan, P.R. 00918-1741
                                        Tel. 787-766-5860
                                        Fax 787-766-5945
                                        E-mail: <u>martin_de_santiago@prp.uscourts.gov</u>

MDS/

**CERTIFICATE OF SERVICE**

    I HEREBY certify that on July 13, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Warren Vázquez, Assistant U.S. Attorney, and to Defense Counsel, Lydia Lizarribar-Buxo.

                                      s/Martin De Santiago
                                      Senior U.S. Probation Officer
                                      Federal Office Bldg., Rm. 400
                                      150 Chardon Avenue
                                      San Juan, P.R. 00918-1741
                                      Tel. 787-766-5860
                                      Fax 787-766-5945
                                      E-mail: martin_de_santiago@prp.uscourts.gov

MDS/