IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

        vs.                       CASE NO. 3: 99CR00118-03(PG)

JUAN JIMENEZ-DE LA ROSA
*****************************

ORDER

Upon petition of MARTIN DE SANTIAGO, SENIOR U.S. PROBATION OFFICER of this Court, alleging that offender, Juan Jimenez-De La Rosa, has failed to comply with his conditions of supervised release, it is ORDERED that the offender appear before this Court on _____, 2006 at _____, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked. Thereupon, the offender to be dealt with pursuant to law.

At this hearing, the offender will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall issue a Writ of Habeas Corpus ordering the Warden of the Metropolitan Detention Center, P.O. Box 2148, Guaynabo, Puerto Rico 00922, to release Mr. Jimenez-De La Rosa to the custody of the U.S. Marshal Service, so that he brought before this court. A copy of the order shall be provided to counsel for the releasee and for the government.

IT IS SO ORDERED

In San Juan, Puerto Rico, this      day of July 2006.

_____
JUAN M. PEREZ-GIMENEZ
SENIOR U.S. DISTRICT JUDGE

MDS/