IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF PUERTO RICO


**UNITED STATES OF AMERICA**

      vs.                           CR. NO. 99-00118-003(PG)

**JUAN JIMENEZ-DE LA ROSA**
**\* \* \* \* \* \* \* \* \* \* \* \***


            **SUPPLEMENT TO MOTION FILED ON JULY 13, 2006**

**TO THE HONORABLE JUAN M. PEREZ-GIMENEZ**
**SENIOR U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

    **COMES NOW, Martín De Santiago, SENIOR U.S. PROBATION OFFICER of this Court,** presenting an official report on the conduct and attitude of releasee, Juan Jiménez-De La Rosa, who on August 11, 2000, was sentenced to eighty-seven (87) months of imprisonment, to be followed by eight (8) years of supervised release after having pled guilty to violating Title 21 United States Code, § 963 and Title 18, United States Code, § 2, to wit: Aiding and abetting in the attempt to import controlled substances into the United States.  As special conditions, he was ordered to remain outside of the United States, and all places subject to its jurisdiction if deported or granted voluntary surrender, unless written permission to reenter was obtained from pertinent legal authorities, as well as not lawfully possessing controlled substances, firearms, and destructive devices, or other dangerous weapons.  Mr. Jiménez-De La Rosa was removed from the United States Immigration and Naturalization Service on October 19, 2005.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The Court was notified via our motion filed on July 13, 2006 that the offender was found by Puerto Rico Police Officers onboard of a vessel within the vicinity of Punta Borinquen on June 23, 2006. Subsequently, the U.S. Border Patrol was contacted and the offender was thereafter arrested as it was determined that his entry to his jurisdiction was unauthorized, all this in violation of his supervised release conditions. He was administratively detained and he was subsequently deported to the Dominican Republic on July 20, 2006.

**WHEREFORE**, I declare under penalty of perjury that the foregoing is true and correct and in view of the offender's deportation before having been brought before this Court for an Order to Show Cause hearing, it is respectfully requested, unless otherwise ruled, that a warrant of arrest be issued and that it be held in abeyance. Thereupon, he be dealt with pursuant to law.

In San Juan, Puerto Rico, this 16th day of August 2006.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Martin De Santiago
Martin De Santiago
Senior U.S. Probation Officer
Federal Office Building Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5860
Fax 787-771-4063
E-mail: martin_de_santiago@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on August 16, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:
Warren Vázquez, Assistant U.S. Attorney, and to Defense Counsel, Lydia Lizarribar-Buxo.

In San Juan, Puerto Rico, this 16th day of August 2006.

                                          s/Martin De Santiago
                                          Martin De Santiago
                                          U.S. Probation Officer
                                          Federal Office Bldg., Rm. 400
                                          150 Chardon Avenue
                                          San Juan, P.R. 00918-1741
                                          Tel. 787-766-5860
                                          Fax 787-771-4063
                                          E-mail:
                                          martin_de_santiago@prp.uscourts.gov