IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

UNITED STATES OF AMERICA

    V.                            CASE NO. 99CR00118-003(PG)

JUAN JIMENEZ-DE LA ROSA

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

ORDER

Upon petition of MARTIN DE SANTIAGO, SENIOR U.S. PROBATION OFFICER of this Court, alleging that the offender, Juan Jiménez-De La Rosa has failed to comply with his conditions of supervised release, it is **ORDERED** that offender appear before this Court on _____ 2006 at _____, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked. Thereupon, the offender to be dealt with pursuant to law.

At this hearing, offender will be entitled:

```
1.  To the disclosure of evidence against him.
2.  To present evidence in his own behalf.
3.  To the opportunity to question witnesses against him.
4.  To be represented by counsel.
```

The Clerk shall issue the corresponding warrant for the offender's arrest, and provide the defense counsel and counsel for the government with copy of this Order.

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this 16th day of August 2006.

                                                 _____
                                                 JUAN M. PEREZ-GIMENEZ
                                               SENIOR U.S. DISTRICT JUDGE